*E-Filed: May 7, 2015*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAFAEL BANUET; et al.,<br><br>    Plaintiffs,<br>    v.<br><br>DECORATIVE PAVING, INC.; et al.,<br><br>    Defendants.<br>_____/ | No. C15-00187 HRL<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO AUGUST 4, 2015** |

Plaintiffs filed this action on January 13, 2015.  Dkt. No. 1.  A case management conference is set for May 12, 2015.  Defendants have not yet been served.  Accordingly, the case management conference is continued to **August 4, 2015, at 1:30 p.m.** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113.

Plaintiffs are reminded that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, they have until May 13, 2015 to serve Defendants.

**IT IS SO ORDERED.**

Dated: May 7, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C15-00187 HRL** N**otice will be electronically mailed to:**

James Dal Bon    jdb@wagedefenders.com, ba@wagedefenders.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**