*E-Filed: July 28, 2015*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAFAEL BANUET; et al.,<br><br>    Plaintiffs,<br>  v.<br>DECORATIVE PAVING, INC.; et al.,<br><br>    Defendants.<br>_____ / | No. C15-00187 HRL<br><br>**ORDER TO SHOW CAUSE**<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO OCTOBER 27, 2015** |

Plaintiffs filed this action on January 13, 2015. Dkt. No. 1. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiffs had until May 13, 2015 to serve the defendants. Plaintiffs have failed to do so.

Plaintiffs shall appear on **September 1, 2015, at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed for failure to prosecute. Plaintiffs shall file a Statement in response to this Order to Show Cause no later than **August 25, 2015**. The statement shall state (1) the status of Plaintiffs' efforts to serve Defendants; and (2) how much additional time, if any, is needed to serve Defendants. If, however, Defendants are served before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

///

///

1  The case management conference, currently set for August 4, 2015, is continued to **October 27, 2015 at 1:30 pm** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113.

**IT IS SO ORDERED.**

Dated:  July 28, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE